# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Toby Tyler Brockel, | ) |
|     Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **FOR ATTORNEY FEES** |
| vs. | ) |
| Martin O'Malley, Social Security Commissioner, | ) Case No. 1:24-cv-058 |
|     Defendant. | ) |

On September 30, 2024, the Parties filed a "Stipulation and Order Regarding Attorney Fees.' (Doc. No. 17). The court **ADOPTS** the Parties' stipulation (Doc. No. 17). Plaintiff shall be awarded $7,500.00 in attorney fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Payment of these fees may be made directly to Plaintiff's attorney if Plaintiff has agreed to assign his rights to EAJA fees to his attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2024.

                                                       */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court