## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Toby B., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR ATTORNEY'S FEES** |
| vs. | ) | |
| | ) | |
| Social Security Administration, | ) | |
| | ) | Case No. 1:24-cv-00058 |
| Defendant. | ) | |

Plaintiff initiated this action in April 2024, seeking judicial review of the Commissioner's final decision denying his application for Supplemental Security Income under Title XVI of the Social Security Act. (Doc. Nos. 1 and 4). On September 4, 2024, Defendant filed an Unopposed Motion to Remand pursuant to 42 U.S.C. § 405(g). (Doc. No. 14). On September 5, 2024, the Court issued an order granting Defendant's motion and remanding this matter to allow the Commissioner to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 15).

On February 26, 2026, Plaintiff filed a Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 21). He requests an award of $27,423.23, reduced by $7,500.00, which accounts for a full refund of the previously awarded EAJA fees, for a total of $19,923.23 in attorney's fees. To date, Defendant has not filed a response to Plaintiff's motion.

The EAJA provides that a prevailing party is entitled to an award of fees and expenses in an action brought by or against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). The Court finds that the Plaintiff is eligible to receive an award of attorney's fees

1

as requested. Accordingly, the Court **GRANTS** the Plaintiff's Motion for Attorney's Fees. (Doc. No. 21). The Clerk of Court shall enter judgment for the Plaintiff and against the Defendant for attorney's fees in the amount of $27,423.23, reduced by $7,500.00, for a net total of $19,923.23. These fees and costs shall be payable directly to the Plaintiff. They may be subject to offset to satisfy any pre-existing debt the Plaintiff may owe the United States.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court