UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

TOBY B.,

        Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

Case No. 1:24-CV-00058-CRH

**ORDER**

The parties' joint motion for relief under Rule 60(a) is **GRANTED**. The court's fee order dated March 13, 2026 is **VACATED**. The court grants the unopposed motion for § 406(b) fees (Doc. No. 21) as follows:

Plaintiff initiated this action in April 2024, seeking judicial review of the Commissioner's final decision denying his application for Supplemental Security Income under Title XVI of the Social Security Act. (Doc. Nos. 1 and 4). On September 4, 2024, Defendant filed an Unopposed Motion to Remand pursuant to 42 U.S.C. § 405(g). (Doc. No. 14). On September 5, 2024, the Court issued an order granting Defendant's motion and remanding this matter to allow the Commissioner to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 15).

On February 26, 2026, Plaintiff filed a Motion for Award of Attorneys' Fees Pursuant to 42 USC § 406(b). (Doc. No. 21). He requests an award of $27,423.23, reduced by $7,500.00, which accounts for a full refund of the previously awarded EAJA fees, for a total of $19,923.23 in attorney's fees. The parties' joint motion indicates that the Commissioner did not have any concerns about the motion.

Counsel satisfies the requirements for an award under 42 U.S.C. § 406(b) in that she represented Plaintiff before this court and Plaintiff became entitled to past-due benefits by reason of the court's judgment following additional proceedings on remand. Accordingly, the Court **GRANTS** the Plaintiff's Motion for Attorney's Fees in the amount of $27,423.23. (Doc. No. 21). Of this amount, counsel may retain $7,500 previously received as the EAJA fee, and the remaining $19,923.23 will be paid "out of, and not in addition to, the amount of [the claimant's] past-due benefits" and in accordance with agency policy. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court